1  PHILLIP A. TALBERT
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

**FILED**

Feb 23, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6
7  Attorneys for Plaintiff
   United States of America

8
9              IN THE UNITED STATES DISTRICT COURT
10                EASTERN DISTRICT OF CALIFORNIA

11 | IN THE MATTER OF THE APPLICATION | CASE NO: 2:21-SW-0767 DB
12 | OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING: | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT
13 | **The person of Troy Warren Turner** |

15   Upon application of the United States of America and good cause having been shown,

16   IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, unsealed.

18   Dated:  February 23, 2023

                                                   _____
                                                   DEBORAH BARNES
                                                   UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT